In the Matter of Mortgage Investments Guaranteed by LAWYERS WESTCHESTER MORTGAGE & TITLE COMPANY and WESTCHESTER TITLE AND TRUST COMPANY. CHARLES A. HERMAN et al., Appellants; CHARLES J. F. DECKER et al., Respondents.

Argued May 17, 1938; decided May 31, 1938.

594

*Leonard Klaber* for appellants.

*Thomas H. O'Gorman, Walter E. Warner, Jr., R. O'Gorman* and *E. J. O'Gorman* for Mary O'Gorman, *amicus curiæ.*

*William F. Bleakley* and *John J. Ryan* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.